Cite as 2017 Ark. 304



# SUPREME COURT OF ARKANSAS

**No.** CR–17–144

|  |  |
|---|---|
| FREDERICK PENNINGTON, JR.<br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br>APPELLEE | **Opinion Delivered:** November 2, 2017<br><br>APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT [NO. 60CR-77-1934]<br><br>HONORABLE HERBERT T. WRIGHT, JUDGE<br><br>AFFIRMED. |

**RHONDA K. WOOD, Associate Justice**

This is a companion case to CR–16–849 and CR–17–143. Before us in this appeal is the validity of the sentence in circuit court case no. 60CR-77-1933, which corresponds to our case no. CR–17–143. As more fully stated in *Pennington v. State*, 2017 Ark. 303, the issue that Pennington raises on appeal does not directly relate to the case before us. Because there is no allegation of error in this case, we affirm.

Affirmed.